UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MCQUOID, *et al*,

                Case No. 2:13-02338-DRH-WDW

                Plaintiffs,

    -against-

NATIONSTAR MORTGAGE, LLC, *et al*,             **NOTICE OF DISMISSAL**

                Defendants.
-----------------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 41(a)(1), Twan Rhyne, Plaintiff herein, voluntarily dismisses,

without prejudice, his claims in the above entitled action as set forth in the Complaint filed on

April 17, 2013.


Dated:      June 11, 2013
             Brooklyn, New York         _____

                                  Michael A. Lehrman, Esq.
                                  *Of Counsel* to
                                  THE HOFFMAN LAW GROUP, P.A.
                                  1999 Flatbush Avenue, Suite 201
                                  Brooklyn, New York 11234
                                  Tel: (718) 998-5088

                                  *Attorneys for the Plaintiffs*

### AFFIDAVIT OF SERVICE

      I, Michael A. Lehrman, Of Counsel to The Hoffman Law Group, P.A., counsel for the
Plaintiffs in the above entitled action, hereby certify that a true and correct copy of the above
pleading; specifically, the **Notice of Voluntary Dismissal**, was served on all counsel of record
via the CM/ECF filing system at the time of electronic filing.

                                  _____
                                  Michael A. Lehrman, Esq.

                                  *Of Counsel* to
                                  THE HOFFMAN LAW GROUP, P.A.